# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131671

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　Plaintiff-Appellee,

v

PEDRO GUTIERREZ,
　　　Defendant-Appellant.

SC: 131671
COA: 267795
Kent CC: 04-008773-FC
　　　　　04-008960-FC

_____/

　　　On order of the Court, the application for leave to appeal the May 25, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

11023